**Darryl ALLMOND, Plaintiff–Appellant,**

v.

**ALEXANDRIA SHERIFF'S DEPARTMENT; Edward J. Prokop, Chief Deputy; John Kapetanis, Sergeant; George Gray, Deputy; Darren Hinzman, Deputy, Defendants–Appellees.**

No. 03–1172.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Darryl Allmond, Appellant pro se. Christina Kearney Saba, Shuford, Rubin & Gibney, Richmond, Virginia, for Appellees.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Darryl Allmond appeals the district court's order denying his motion for reconsideration in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Allmond v. Alexandria Sheriff's Dep't,* No. CA–02–309–A (E.D. Va. filed Jan. 22, 2003 & entered Jan. 23, 2003; Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*